```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 24402
    JOSEPH JOHN KOZIOLCZYK
                                               CHAPTER 13

                                               JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-0338


-------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 06/29/2004 and was confirmed 09/21/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 01/12/2009.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID          PAID
-------------------------------------------------------------------------------
AMERICA ON LINE           UNSEC W/INTER NOT FILED             .00            .00
ECAST SETTLEMENT CORP     UNSEC W/INTER    7120.83         731.93        7120.83
PORTFOLIO RECOVERY ASSOC  UNSEC W/INTER   17685.31        1817.80       17685.31
ECAST SETTLEMENT CORP     UNSEC W/INTER    6381.05         655.86        6381.05
LOYOLA HOSPITAL           UNSEC W/INTER NOT FILED             .00            .00
MITSUBISHI                UNSEC W/INTER NOT FILED             .00            .00
GREENBERG & ASSOC         DEBTOR ATTY     2,600.00                       2,600.00
TOM VAUGHN                TRUSTEE                                        2,365.98
DEBTOR REFUND             REFUND                                           248.24

        Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                        RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                 39,607.00

PRIORITY                                               .00
SECURED                                                .00
UNSECURED                                        31,187.19
   INTEREST                                       3,205.59
ADMINISTRATIVE                                    2,600.00
TRUSTEE COMPENSATION                              2,365.98
DEBTOR REFUND                                       248.24
                        ---------------       ---------------
TOTALS                  39,607.00                39,607.00




              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 24402 JOSEPH JOHN KOZIOLCZYK
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 04 B 24402 JOSEPH JOHN KOZIOLCZYK